# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CV-103-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JAMES C. BALVICH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Christopher P. Raab, concerning John Kachmarsky, LL.M. on September 13, 2019. John Kachmarsky, LL.M. seeks to appear as counsel *pro hac vice* for Defendant James C. Balvich. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. John Kachmarsky, LL.M. is hereby admitted *pro hac vice* to represent Defendant James C. Balvich.

**SO ORDERED**.

Signed: September 16, 2019

_____
David C. Keesler
United States Magistrate Judge