IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:19-CV-00103-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES C. BALVICH,<br><br>Defendant. | ORDER |

**THIS MATTER** is before the Court on the parties' Joint Motion to Enter Consent Judgment. (Doc. No. 19). Upon consideration of the motion, it is **HEREBY ORDERED** that the Joint Motion is **GRANTED,** and

**IT IS HEREBY ADJUDGED AND DECREED** that James C. Balvich is indebted to the United States for the taxable years 1999 through 2006 in the amount of $4,473,711.27 as of July 31, 2019, plus statutory interest accruing pursuant to 28 U.S.C. § 1961(c) after that date.

**IT IS SO ORDERED.**

Signed: August 5, 2020

Kenneth D. Bell
United States District Judge